UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **OMEGA APPAREL INCORPORATED** | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:11-0031 |
| | ) | Judge Sharp/Knowles |
| **ABF FREIGHT SYSTEM, INC.** | ) | |

**O R D E R**

The Initial Case Management Conference in this action is set for **August 10, 2011, at 10:00 a.m., by telephone**. Counsel for the Plaintiff shall initiate the call to the Court at 615-736-7344.

Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted three (3) days prior to the Case Management Conference. Counsel for the Plaintiff shall serve a copy of this Order on any Defendants who have not yet entered an appearance.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge