IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| OMEGA APPAREL INCORPORATED | ) | |
| | ) | |
| Plaintiff | ) | No. 2:11-cv-0031 |
| v. | ) | |
| | ) | Judge Kevin H. Sharp |
| ABF FREIGHT SYSTEM, INC. | ) | |
| | ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

By stipulation of the parties in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and for good cause shown, it is hereby:

**ORDERED, ADJUDGED, and DECREED** that the above referenced case is dismissed with prejudice, and each party will bear their own attorney fees, costs, and expenses.

**IT IS SO ORDERED** this 8yj "f c{ "qh"F gego dgt "42340

_____
**UNITED STATES DISTRICT JUDGE**

CONSENTED TO AND APPROVED FOR ENTRY BY:

**GRANT, KONVALINKA & HARRISON, P.C.**

By: :  s/ David M. Elliott                   .
        David M. Elliott (BPR #17966)
        Thomas M. Gautreaux (BPR #23636)
        *Attorneys for Plaintiff*
        Ninth Floor, Republic Centre
        633 Chestnut Street
        Chattanooga, Tennessee  37450-0900
        423-756-8400
        423-756-6518 (Facsimile)

1

**STITES & HARBISON, PLLC**

By: <u>s/ Kenneth M. Bryant            </u>.
     <u>by David M. Elliott with permission</u>
        Kenneth M. Bryant (BPR #12582)
        Attorney for Defendant
        401 Commerce Street
        SunTrust Plaza – Suite 800
        Nashville, TN 37219-2490
        615-782-2200
        615-742-0737 (Facsimile)

P:\Folders I-Z\O178\011\Stipulation of Dismissal With Prejudice.doc