**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **OMEGA APPAREL INCORPORATED** | ) | |
| | ) | |
| **Plaintiff** | ) | **No. 2:11-cv-0031** |
| **v.** | ) | |
| | ) | **Judge Kevin H. Sharp** |
| **ABF FREIGHT SYSTEM, INC.** | ) | |
| | ) | |
| **Defendant** | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

By stipulation of the parties in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules

of Civil Procedure and for good cause shown, it is hereby:

**ORDERED, ADJUDGED, and DECREED** that the above referenced case is dismissed

with prejudice, and each party will bear their own attorney fees, costs, and expenses.

**IT IS SO ORDERED** this 8ĵ 'f'c{ 'qh'F gego dgt '42340

_____
**UNITED STATES DISTRICT JUDGE**

CONSENTED TO AND APPROVED FOR ENTRY BY:


**GRANT, KONVALINKA & HARRISON, P.C.**


By: :     s/ David M. Elliott           .
          David M. Elliott (BPR #17966)
          Thomas M. Gautreaux (BPR #23636)
          *Attorneys for Plaintiff*
          Ninth Floor, Republic Centre
          633 Chestnut Street
          Chattanooga, Tennessee  37450-0900
          423-756-8400
          423-756-6518 (Facsimile)

**STITES & HARBISON, PLLC**


By: _s/ Kenneth M. Bryant_____.
   _by David M. Elliott with permission_
    Kenneth M. Bryant (BPR #12582)
    Attorney for Defendant
    401 Commerce Street
    SunTrust Plaza – Suite 800
    Nashville, TN  37219-2490
    615-782-2200
    615-742-0737 (Facsimile)


P:\Folders I-Z\O178\011\Stipulation of Dismissal With Prejudice.doc